UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Crim. No. 22-165-9 (CCC) |
| HONG LEE, | : |
| | : |
| Defendant. | : |

SENTENCING SUBMISSION NOTICE OF THE UNITED STATES

Please be advised that, yesterday evening, the United States submitted sentencing materials to the Court in this case concerning the defendant Hong Lee.

Date: July 17, 2024                          TODD KIM
                                             Assistant Attorney General

                                    By:    s/ Ethan Eddy
                                           ETHAN EDDY
                                           Senior Trial Attorney
                                           U.S. Department of Justice
                                           Environmental Crimes Section
                                           150 M St. NE
                                           Washington, DC 20002
                                           Cal. Bar No. 237214
                                           (202) 305-0202
                                           ethan.eddy@usdoj.gov