DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Hong Lee<br><br>Defendant(s). | Criminal No.   22-165<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant Hong Lee submitted sentencing materials to the Court in this case.

Date:   7/22/2024

By:   *Emma Spiro*
      _____
      EMMA SPIRO