UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: August 14, 2024

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: RHEA MORALES

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 22-CR-165 (CCC)

Title of Case: U.S.A. v. HONG LEE

Appearances:   Christopher Hale, AUSA, for the Government
Emma Spiro & Nick Pavlis, Esq. for Defendant
Danielle Vargas, U.S. Probation Officer

**Nature of Proceedings:** Sentencing

Conference held.
Sentence: TIME SERVED
Fine: $30,000
Special Assessment: $100 (due immediately)
Defendant advised of right to appeal.

Time Commenced: 10:05 a.m.                    Time Adjourned: 11:10 a.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk